FREDERICK S. HOLMES, Respondent, v. ROY C. MEGARGEL and Others, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.; Davis and Shearn, JJ., dissented.

MARY WEBER, as Administratrix, etc., Respondent, v. NEW YORK RAILWAYS COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Scott, Laughlin, Smith, Page and Davis, JJ.

In the Matter of Proving the Last Will and Testament of CORNELIUS FOLEY, Deceased, as a Will of Real and Personal Property. MARY FOLEY, Appellant; RICHARD FOLEY, Executor, etc., Respondent.— Decree affirmed, with costs. No opinion. Present — Scott, Laughlin, Smith, Page and Davis, JJ.

DOROTHY DALE, Respondent, v. HARRY LAMBART, Impleaded with MIRROR FILMS, INC., Appellant.— Determination affirmed, with costs. No opinion. Present — Scott, Laughlin, Smith, Page and Davis, JJ.; Smith, J., dissented.

JOSEPH B. MARTINDALE and Another, as Receivers, etc., Appellants, v. CHARLES DE KAY, Respondent.— Judgment and order affirmed, with costs, on the opinion of Greenbaum, J., at Trial Term. (Reported in 101 Misc. Rep. 728.) Present — Scott, Laughlin, Smith, Page and Davis, JJ.

FRANK DOUGHERTY, an Infant, by MARGARET DOUGHERTY, His Guardian ad Litem, Respondent, v. COMET AMUSEMENT COMPANY, Appellant, Impleaded with Another.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to the sum of $7,000; in which event, the judgment, as so modified, and the order appealed from are affirmed, without costs. No opinion. Present — Scott, Laughlin, Smith, Page and Davis, JJ. Order to be settled on notice.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES E. HUGHES, Appellant.— Judgment and orders reversed and new trial ordered, on the ground that the evidence of corroboration was insufficient. Present — Scott, Laughlin, Smith, Page and Davis, JJ. Order to be settled on notice.

FREDERICK L. STANTON, Respondent, v. CARRIE S. BEAM, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Scott, Laughlin, Smith, Page and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BENJAMIN WEINSTEIN, Appellant.— Judgment and order affirmed. No opinion. Present — Scott, Laughlin, Smith, Page and Davis, JJ.

THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, Appellant, v. EAST JERSEY RAILROAD AND TERMINAL COMPANY, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Scott, Laughlin, Smith, Page and Davis, JJ.

MANSAD CONSTRUCTION COMPANY, INC., Appellant, v. OLIVER P. BROWN, as Administrator, etc., and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Scott, Laughlin, Smith, Page and Davis, JJ.